PROB 12B
(7/93)

Report Date: March 27, 2006

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: David Edward Johnson          Case Number: 2:03CR00099-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/3/2003          Type of Supervision: Supervised Release

Original Offense: Uttering Counterfeit, 18 U.S.C. §          Date Supervision Commenced: 3/12/2005
472

Original Sentence: Probation - 36 Months;          Date Supervision Expires: 3/11/2007
July 2, 2005, probation revoked; 9 month custody,
followed by 24 months supervised release.

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a community corrections center for a period of up to 180 days. This placement may
      include a prerelease component, day reporting and home confinement (with or without electronic
      monitoring, but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules
      and requirements of that facility. You shall remain at the facility until discharged by the Court.

## CAUSE

David Johnson has had positive urinalysis tests for marijuana on February 15, 2006, March 3, 8 and 15, 2006. Mr.
Johnson admits to using marijuana and is requesting assistance. He is currently attending intensive outpatient drug
counseling. He has also obtained employment with West Corporation performing telephone solicitation for various
other companies. Mr. Johnson indicates he previously was employed with a company that sells meat door to door.
The other employees were using marijuana and he admits to being influenced by them. He realized that with the
other workers using marijuana, he could not stay with this employer, so he quit that job. He then became discouraged
with his employment search and continued to use marijuana. He was also recently in a car accident and now has to

Prob 12B

**Re: Johnson, David Edward**
**March 27, 2006**
**Page 2**

repay the victim for the damage to her car. Mr. Johnson continues to assist his mother with caring for his 2 year old daughter. Mr. Johnson is also making an appointment with the Chaz Clinic to get medication for Adult Attention Deficit Disorder.

Respectfully submitted,

by

Anne L. Sauther
U.S. Probation Officer
Date: March 27, 2006

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

April 3, 2006
Date